[No. 28300-6-I. Division One. August 31, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLY
W. RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 90-1-00491-0, Gilbert E. Mullen, J., entered

April 19, 1991. *Dismissed* by unpublished per curiam opinion.